## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Brian T. Jeffers, a Task Force Officer with the Bureau of Alcohol, Tobacco and Firearms (ATF), being duly sworn, deposes and states under penalty of perjury that the following is true to the best of my information, knowledge and belief.

## INTRODUCTION AND AGENT BACKGROUND

1.      I am a member of the Denver Police Department and have been so employed since November of 1999. I am currently assigned to the Denver Police Department's Investigation Division, Gang Unit, assigned to the Regional Anti-Violence Enforcement Network (RAVEN) as Task Force Officer (TFO) with the Bureau of Alcohol, Tobacco, and Firearms, having been so since 2019. I investigate drug and firearm trafficking in the normal course of my duties, and I am fully familiar with the facts of this case.

2.      I have attended numerous training seminars and schools in the areas of police work. Some of these include the Denver Police Academy, the Denver Police Department Undercover certification course, Rocky Mountain High Intensity Drug Trafficking Area (H.I.D.T.A.) Clandestine Laboratory Enforcement course, Rocky Mountain H.I.D.T.A. Clandestine Laboratory Safety Certification course, Special Investigations: Street Narcotics course, Colorado Drug Investigators Association Street Narcotics School, the Denver Police Department's six month (6) month Vice/Narcotics Detective Training program, and the Denver Police Department Narcotics Investigations and Preparation of Search Warrants certification. Your affiant received further training from the Denver Police Department with a forty (40) hour course in Undercover/Plainclothes Investigations. I have also instructed courses in relation to Narcotics Investigations.

3. I have participated in the execution of search warrants during narcotic investigations, both as an affiant and also as a participant assisting in the execution of the search warrant. In participating in the execution of search warrants, I have recovered many different types of illegal narcotics and drug paraphernalia. Through participation in the execution of these search warrants, I have further become familiar with the appearance of different narcotics, packaging of narcotics, the sales methods of narcotics, street names for different narcotics, street slang for different amounts of narcotics and different materials and paraphernalia used to consume or use illegal narcotics.

4. Through prior arrests and investigations of narcotic violators, I have become familiar with the appearance of different narcotics, the packaging of narcotics, the sales methods of narcotics, street names for different narcotics, street slang for different amounts of narcotics, and different materials and paraphernalia used to consume or use illegal narcotics. Because of these arrests and narcotic investigations, your affiant is familiar with the monetary amounts of illegal narcotics and with current slang terms and costs of the involved narcotics.

5. I have interviewed and debriefed defendants, confidential sources, and experienced vice/narcotics investigators concerning the techniques and methods used for narcotics distribution and other narcotic related offenses.

6. While working in an undercover capacity, I have purchased different narcotics several times during these undercover investigations, including cocaine, crack cocaine, heroin, marijuana, BZP (benzylpiperazine, ecstasy), MDMA (3,4-methylenedioxymethamphetamine, ecstasy), psilocybin mushrooms, prescription pills, and methamphetamine. Through these undercover investigations, I have become familiar

with the sales methods and the way illegal narcotics are packaged for distribution. During these undercover investigations, I purchased narcotics at current street prices and used current street slang when negotiating and conducting the transactions. Further, because of my current assignment and undercover work, I keep informed about the current monetary amounts of illegal narcotics and with current slang terms and costs of the involved narcotics.

7. During the course of my career I have been an affiant on several Title III wiretap affidavits related to narcotics, and I have participated in several narcotics investigations involving controlled substances, including, but not limited to, heroin, cocaine, marijuana, and methamphetamine. I also have investigated individuals in other cases involving controlled substances, and the possession of firearms by prohibited persons.

8. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents, law enforcement officials, and witnesses. Some of this affidavit is from information provided to me by other law enforcement officers, namely from members of the Denver Police Department's District Four Narcotics Unit.

9. This affidavit is intended to show merely that there is sufficient probable cause for the requested arrest warrant and criminal complaint and does not set forth all of the facts or my knowledge about this matter.

## CIRCUMSTANCES SURROUNDING THIS APPLICATION

*Background of Individuals Involved*

10. <u>GILBERT FRANCO GARCIA</u> (date of birth 7/15/81) is a citizen of the United States. GARCIA has been positively identified by law enforcement, and uses multiple aliases, including "Gilbert Garcia Franco," a/k/a "Guilberto Franco Garcia," a/k/a "Gilberto Franco-Garcia," a/k/a "Roberto Garcia-Estrada."

11.     I was able to locate a criminal history for GARCIA, finding GARICA to have prior arrests for distribution and possession of a controlled substance with intent to distribute drugs by the Denver Police Department in 2014, under Denver Police Department Case Number 2014-393196.  In that case, GARCIA plead guilty to a class 1 misdemeanor, and was sentenced to 180 days of jail, Denver County court case 2014CR3800.  GARCIA was arrested on July 8, 2016, in San Bernardino, California, for transporting a controlled substance in San Bernardino County Sheriff Office case number 651600364.  I also found GARCIA to have been arrested by members of the Las Vegas Metropolitan Police Department on March 4, 2001, for trafficking in methamphetamine.  GARCIA was found guilty at trial with a disposition date of April 24, 2002.

12.     <u>JESUS AVILES-HIGUERA</u> (date of birth 09/16/90) does not appear to be a U.S. Citizen and I have not been able to find any immigration history for him.  I am not aware of criminal history for JESUS AVILES-HIGUERA.

*Execution of a Search Warrant on November 1, 2019*

13.     On October 28, 2019, Officer Mark Hillers (15025), a sworn member of the Denver Police Department, authored a search warrant for 4860 West Mexico Avenue, which is located in the City and County of Denver and in the State of Colorado.  The search warrant was read and approved by the Honorable Judge Beth A. Faragher.

14.     On November 1, 2019, members of the Denver Police Department's District Four Narcotics Unit executed the search warrant at 4860 West Mexico Avenue, Denver, Colorado.  At approximately 5:32 AM, members of the Denver Police Department's Metro/SWAT Team initiated entry into the location.  Once the location was secured, members of the Denver Police Department's District Four Narcotics Unit entered the location to complete the search warrant.

15. Upon entering the location, members of the Denver Police Department contacted several individuals inside the residence, including GILBERT FRANCO GARCIA and JESUS AVILES-HIGUERA. It was determined by the detectives that the northeast bedroom of the residence belonged to GILBERT FRANCO GARCIA with the southeast bedroom of the residence belonging to JESUS AVILES-HIGUERA.

16. Detective Nick Rogers stated he completed a search of the northeast bedroom of the residence. Located inside of the northeast bedroom, Detective Rogers located and searched a dresser in the room. Detective Rogers noted the dresser contained male clothing, indicating to Detective Rogers the dresser belonged to and was utilized by GILBERT FRANCO GARCIA. In searching the dresser drawers, Detective Rogers recovered suspected Xanax pills (1081831, item #3), suspected oxycodone pills (1081831, item #4), and an amount of suspected crack cocaine (1081831, item #5), all from inside the same dresser drawer, which were concealed in a gray knit hat. Detective Rogers further recovered a 9mm Ruger handgun (serial #318-11584) (1081831, item #9) from the same drawer. Detective Rogers completed a search of the closet of the northeast bedroom, which was located near GILBERT FRANCO GARCIA's dresser, and recovered a large amount of suspected heroin (1081831, item #7) which was concealed in a bag on the top shelf of the closet and hidden behind several other items.

17. In the presence of Officer Michael Traudt (13073), Detective Rogers read GILBERT FRANCO GARCIA his *Miranda* rights which GILBERT FRANCO GARCIA waived. Detective Rogers asked GILBERT FRANCO GARCIA who the gun and drugs that were found in the northeast bedroom belonged to, and GILBERT FRANCO GARCIA stated it all belonged to him.

18.     Detective Rogers continued to search the residence, searching the southeast bedroom of the location.  The southeast bedroom of the residence was determined to belong to JESUS AVILES-HIGUERA.  Detective Rogers related a dresser was situated in the southeast bedroom and upon searching the drawers he recovered an amount of suspected heroin (1081831, item #2) from one of the dresser drawers.  Detective Vance assisted in searching the southeast bedroom and recovered an amount of suspected heroin (1081831, item #6) from a backpack which was sitting next to the dresser in the room.  Detective Vance further recovered an additional amount of suspected heroin (10818312, item #22) from the top left dresser drawer in the bedroom, which was concealed inside of a watch box.

19.     Officer Hillers related he and other members of the Denver Police Department's District Four Narcotics Unit completed a search of a gold colored Chevrolet van bearing Colorado license plate number XYO996, which was parked in the driveway of 4860 West Mexico Avenue, Denver, Colorado.  Officer Hillier related he recovered a large amount of suspected heroin (1081831, item #21) which was packaged in a white plastic bag and concealed in a speaker box, from inside of the vehicle.

20.     Members of the Denver Police Department's District Four Narcotics Unit arrested GILBERT FRANCO GARCIA and JESUS AVILES-HIGUERA.  GILBERT FRANCO GARCIA and JESUS AVILES-HIGUERA were processed and transported to the Denver City Jail.

21.     Members of the Denver Police Department's District Four Narcotics Unit recovered additional items of evidence from 4860 West Mexico Avenue, Denver, Colorado, indicative of GILBERT FRANCO GARCIA and JESUS AVILES-HIGUERA being involved in the distribution of drugs.  Detective Vance and Detective Conley maintained custody of the

evidence recovered during the search warrant, transporting and placing it into the Denver Police Department's Property Bureau, case #2019-681129, invoice #1081831. Presumptive analysis requests were completed for the suspected drugs to be tested by members of the Denver Police Department's Forensic Science Section.

*Results of Laboratory Analysis on Controlled Substances*

22. On November 5, 2019, Chemist Karla Vasquez, a Forensic Scientist for the Denver Police Department's Crime Laboratory, completed the presumptive analysis test on property invoice #1081831. The following are the results:

| *Item* | *Seized From* | *Controlled Substance* | *Approx. Weight* |
|---|---|---|---|
| 2 | Southeast bedroom associated with JESUS AVILES-HIGUERA | Heroin | 42.571 grams |
| 4 | Northeast bedroom associated with GILBERT FRANCO GARCIA | Fentanyl | 14.586 grams |
| 5 | Northeast bedroom associated with GILBERT FRANCO GARCIA | Cocaine | 75.973 grams |
| 6 | Southeast bedroom associated with JESUS AVILES-HIGUERA | Heroin Fentanyl | 51.024 grams 100.679 grams |
| 7 | Northeast bedroom associated with GILBERT FRANCO GARCIA | Fentanyl | 889.9 grams |
| 21 | Gold Chevrolet van parked in the driveway of 4860 W. Mexico Ave. | Heroin | 360.517 grams |

**CONCLUSION**

23. Based on the facts set forth above, I submit probable cause exists to believe that, on or about November 1, 2019, in the State and District of Colorado, JESUS AVILES-HIGUERA, did knowingly and intentionally possess with the intent to distribute 40 grams and more of a mixture and substance containing a detectable amount of N-phenyl-N- [ 1- ( 2-

phenylethyl ) -4-piperidinyl ] propanamide (fentanyl), a Schedule II controlled substance, all in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(B)(vi).

24. Therefore, I respectfully request the issuance of an arrest warrant and criminal complaint charging the same.

I, Brian T. Jeffers, being duly sworn according to law, depose and say that the facts stated in the foregoing affidavit are true and correct to the best of my knowledge, information and belief.

*s/Brian T. Jeffers*
Brian T. Jeffers
Task Force Officer, ATF

Submitted, attested to, and acknowledged by reliable electronic means on November 7, 2019.

HON. NINA Y. WANG
United States Magistrate Judge

**Affidavit reviewed and submitted by Peter McNeilly, Assistant United States Attorney.**